## Lillian Goldberg, Appellant, v. Wm. M. Brzezicki, Appellee.

### Gen. No. 44,772.

Jacob Levy,

for appellant; John Zukowski, for appellee; E. C. Frank Meier, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed November 21, 1949; released for publication December 2, 1949.

